**Infringement Claim Chart for U.S. Pat. No. US7992773B1 Vs The B-12 Store ("Defendant")**
For purposes of this Claim Chart, "Defendant" includes the Defendant's employees, agents, customers, patrons, and others encouraged to use the technology.

| Claim 1 | Evidence |
|---|---|
| 1. A method comprising: | Defendant provides symbology (i.e., a QR code), associated with the website of the B-12 Store.  Source: Actual usage of a product. |



Source: Screenshots have been taken from the portable electronic device, hereinafter a "Smartphone".

| | |
|---|---|
| a) detecting symbology associated with an object; decoding the symbology to obtain a decode string; | Defendant uses the camera i.e., the part of the portable electronic device (Smartphone) that captures the digital image and obtains the decode string.<br><br><br><br>Source: Screenshot taken from Smartphone. |

| | |
|---|---|
| b) sending the decode string to one or more visual detection applications for processing, the one or more visual detection applications residing on a portable electronic device; | Defendant uses a portable electronic device (Smartphone or tablet) to detect symbology (e.g., a pattern of QR code) associated with the website of the B-12 Store and sends the decoded string to a remote server for processing. For example, the Smartphone sends the information associated with the QR code to the B-12 Store.<br><br><br><br>Source: Screenshot taken from Smartphone |

| | |
|---|---|
| c) receiving a first amount of information about the object from the one or more visual detection applications; | Defendant uses a portable electronic device (Smartphone or tablet) to detect symbology (e.g., a pattern of QR code) associated with the website of the B-12 Store and receive information about the object.<br><br> <br><br>Source: Screenshot taken from Smartphone |

| | |
|---|---|
| d) sending the decode string to a remote server for processing; receiving a second amount of information about the object from the remote server; | Defendant sends the decoded string to a remote server for processing. For example, the Smartphone sends the information associated with the QR code to the B-12 Store Server.<br><br> <br><br>Source: Screenshot taken from Smartphone. |

| | |
|---|---|
| e) combining the first amount of information with the second amount of information to obtain cumulative information; and | After clicking on the hyperlink that is obtained by scanning the QR code associated with the B-12 Store website the Smartphone receives the information and directly goes to the website of the B-12 Store.<br><br> <br><br>Source: Screenshot taken from Smartphone. |

| | |
|---|---|
| f) displaying the cumulative information on a display device associated with the portable electronic device; | Defendant sends the decoded string to a remote server for processing. The information is received, and it is displayed on the display associated with the Smartphone as shown below. |



Source: Screenshot taken from Smartphone.

| | |
|---|---|
| g) wherein one or more visual detection systems are configured to run in the background with respect to other systems associated with the portable electronic device, | Defendant uses a portable electronic device (Smartphone or tablet) to detect symbology (e.g., a pattern of QR codes) associated with the website of the B-12 Store.<br><br><br><br>Source: Screenshots have been taken from the portable electronic device, hereinafter a "Smartphone". |

| | |
|---|---|
| h) the visual detection systems comprising the one or more visual detection applications and one or more visual detection devices, the one or more visual detection devices configured to detect the symbology associated with the object. | Defendant uses visual detection applications (Smartphone or tablet camera) to detect symbology (e.g., a pattern of QR codes) associated with the website of the B-12 Store.<br><br>  <br><br>**Scan**      **Decode**      **Action**<br><br>Source: Screenshots have been taken from the portable electronic device, hereinafter a "Smartphone". |