| **Infringement Claim Chart for U.S. Pat. No. US8424752B2 Vs The B-12 Store LLC ("Defendant")** |
|---|
| For purposes of this Claim Chart, "Defendant" includes the Defendant's employees, agents, customers, patrons, and others encouraged to use the technology. |

| Claim 1 | Evidences |
|---|---|
| 1. A method comprising: | Defendant provides symbology (i.e., a QR code), associated with the website of The B-12 Store.<br><br><br><br>Source: Image of Defendant provided QR Code. |

  

QR Code          Scan          Decode          Action

Source: Screenshots taken from the portable electronic device, hereinafter a "Smartphone".

| | |
|---|---|
| a) capturing a digital image using a digital image capturing device that is part of a portable electronic device; | Defendant uses or induces the use of a camera (digital image capturing device) on a Smartphone that captures the digital image.<br><br><br><br>Source: Screenshot taken from Smartphone. |

| | |
|---|---|
| b) detecting Symbology associated with an object within the digital image using a portable electronic device; | Defendant uses or induces the use of a Smartphone to detect symbology (i.e., QR code) associated with the website of The B-12 Store.<br><br><br><br>Source: Screenshot taken from Smartphone. |

| | |
|---|---|
| c) decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device; | Defendant decodes or induces the decoding of, the QR code pattern to obtain a decode string (i.e., hyperlink) using the camera application residing in the Smartphone.<br><br><br><br>Source: Screenshot taken from Smartphone. |

| | |
|---|---|
| d) sending the decode string to a remote server for processing; | Defendant sends or induces the sending of the decoded string to a remote server for processing. Specifically, the Smartphone sends the information associated with the QR code to The B-12 Store Server.<br><br><br><br>Source: Screenshot taken from Smartphone. |

| | |
|---|---|
| e) receiving information about the object from the remote server wherein the information is based on the decode string of the object; | After the Defendant, or one induced by the Defendant, clicks on the hyperlink that is obtained by scanning the QR code associated with the The B-12 Store website, the Smartphone receives the information and navigates directly to the website of The B-12 Store.<br><br> <br><br>Source: Screenshot taken from Smartphone. |

| | |
|---|---|
| f) displaying the information on a display device associated with the portable electronic device. | Defendant sends or induces the sending of the decoded string to a remote server (in this case, a The B-12 Store server) for processing. The information is received, and it is displayed on the display associated with the Smartphone as shown below.<br><br><br><br>Source: Screenshot taken from Smartphone. |