UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**THE B-12 STORE, LLC,**<br><br>　　　　Defendant. | Case No. 2:23-cv-00320-JRG-RSP |

## STIPULATED MOTION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant The B-12 Store, LLC ("B-12") (collectively, the "Parties") respectfully submit this stipulation of dismissal of Symbology's claims against B-12 with prejudice and B-12's counterclaims against Symbology without prejudice. Each party is to bear its own costs, expenses, and attorneys' fees.

Dated: December 5, 2023

Respectfully Submitted

/s/ Randall Garteiser
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@ghiplaw.com
Randall Garteiser
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com
Christopher A. Honea
   Texas Bar No. 24059967
   chonea@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**ATTORNEYS FOR PLAINTIFF**

/s/ Alexander Hale Martin
Alexander Hale Martin
Texas Bar No. 24091828
Neil J. McNabnay
Texas Bar No. 24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
Rodeen Talebi
Texas Bar No. 24103958
Ashu Balimba
Texas Bar No. 24099369
martin@fr.com
mcnabnay@fr.com
rbonilla@fr.com
talebi@fr.com
balimba@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

                                                */s/ Randall T. Garteiser*
                                                Randall T. Garteiser