IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00320-JRG-RSP |
| | § | |
| THE B-12 STORE, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is Plaintiff Symbology Innovations, LLC ("Plaintiff") and Defendant The B-12 Store, LLC's ("Defendant") Stipulated Motion for Dismissal (the "Stipulation"). (Dkt. No. 14.) In the Stipulation, the parties represent that the above-captioned case has been resolved. (*Id.* at 1.) The parties stipulate to the dismissal of Plaintiff's claims against Defendant with prejudice, and to the dismissal of Defendant's counterclaims without prejudice. (*Id.*)

Having considered the Stipulation, and noting its joint nature, the Court **ACCEPTS AND ACKNOWLEDGES** that Plaintiff's claims against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**, and that Defendant's counterclaims against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no claims or parties remain.

**So ORDERED and SIGNED this 14th day of December, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE